UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SMILEY J. HARRIS
aka James LaVell Harris,

    Plaintiff,

v.

RODNEY MITCHELL; et al.,

    Defendants.

No. C 11-1651 SI (pr)

**ORDER OF DISMISSAL**

Plaintiff filed a "request to voluntarily dismiss the ordered amended complaint" in which he requested the dismissal of this action. The request is GRANTED. (Docket # 4.) This action is now dismissed.

IT IS SO ORDERED.

Dated: September 28, 2011

_____
SUSAN ILLSTON
United States District Judge