**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMILEY J. HARRIS<br>aka James LaVell Harris,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODNEY MITCHELL; et al.,<br><br>　　　　Defendants._____/ | No. C 11-1651 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 28, 2011

_____
SUSAN ILLSTON
United States District Judge